UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

UNITED STATES OF AMERICA                    CRIMINAL NO. 2:25-CR-00147

VERSUS                                      JUDGE CAIN

KILE MADSEN                                 MAGISTRATE JUDGE LEBLANC

## O R D E R

Considering the Government's Motion to Substitute Counsel of Record [Doc. 30];

IT IS HEREBY ORDERED that the motion is GRANTED, and, accordingly, Assistant United States Attorney John Luke Walker is withdrawn as counsel of record for the Government in the above-caption matter.

IT IS HEREBY FURTHER ORDERED that Casey N. Stelly, Assistant United States Attorney, is substituted and enrolled as counsel of record for the Government in the above-captioned matter.

IT IS HEREBY FURTHER ORDERED that AUSA Casey N. Stelly is provided with all future filings (including electronic) and notices filed in this matter.

SO ORDERED this 9th day of January, 2026, at Lake Charles, Louisiana.

_____
THOMAS P. LEBLANC
United States Magistrate Judge